[No. 36993-8-I.   Division One.   February 26, 1996.]

THE CITY OF SEATTLE, *Respondent*, v. W R PARTNERS
II LIMITED PARTNERSHIP, *Respondent, and* SAMUELS
CREDIT JEWELERS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-06692-5, Liem E. Tuai, J., entered June 30, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox and Ellington, JJ.

[No. 13610-8-III.   Division Three.   February 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
LAWRENCE MIDLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 93-1-00047-4, Ted Kolbaba, J., entered September 28, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 13723-6-III.   Division Three.   February 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY E.
PRESLICA, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 92-1-00067-9, Richard Miller, J., entered December 20, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 14081-4-III.   Division Three.   February 27, 1996.]

*In the Matter of the Marriage of* RONALD COMBS,
*Appellant, and* AILEEN COMBS, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 93-3-00526-0, Carol A. Wardell, J., entered May 5, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.